IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY R. HIRSCHKORN,
    Plaintiff,

vs.                                      Case No. 3:14cv18/LAC/EMT

MICHAEL D. CREWS, et al.,
    Defendants.
_____/

**O R D E R**

       This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 14, 2014 (doc. 16).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    Plaintiff's "Motion for Emergency Injunction" (doc. 15) is **DENIED**.

**DONE AND ORDERED** this 24th day of November, 2014.

                                          s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**